UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
:
GARY STANHOPE,                               :   CIVIL ACTION NO.
                                             :   3:24-CV-01342-JCH
    Plaintiff,                               :
                                             :
v.                                           :
                                             :
LIVE NATION WORLDWIDE, INC.                  :
D/B/A XFINITY THEATRE                        :
    Defendant.                               :   August 29, 2025
_____

**ORDER RE: DEFENDANT LIVE NATION WORLDWIDE, INC.'S RULE 35 MOTION TO COMPEL I.M.E. (DE 38 and 40)**

After briefing by the parties (DE Nos. 38, 40, and 41), and hearing on August, Monday, August 25, 2025, the Court (Hon. Thomas Farrish) hereby orders as follows:

Plaintiff Gary Stanhope is hereby compelled to submit to a neuropsychological examination by Kevin Young, PhD, ABPP, in-person, at 10 a.m., on September 15, 2025 at Dr. Young's office located at:

    New England Neuropsychology, LLC
    805 Farmington Ave, Suite 2E
    West Hartford, CT, 06119
    860-415-6463

As set forth in Dr. Young's Affidavit, submitted with the Defendant's Motion (DE 40-3):

"The examination will involve:

a. A thorough clinical interview to gather detailed history regarding the alleged traumatic brain injury, pre-morbid functioning, current symptoms (cognitive, emotional, physical, behavioral health, pain-related), and functional limitations. (estimated ~ 1 hour)

b. Administration of a standardized battery of neuropsychological tests designed to objectively assess various cognitive domains, including attention, learning,

memory, executive functions, language, visuospatial skills, and processing speed, specifically tailored to evaluate the claimed brain damage and cognitive issues. (estimate 2-3 hours).

c. Administration of psychological measures to objectively evaluate emotional functioning, including PTSD symptoms, anxiety, panic, fear, depression, and the psychological impact of pain, as well as to assess for potential symptom magnification or other confound. (estimate 1-2 hours, contingent on defendant response speed)."

Total time in office for Plaintiff is expected to be between 4-6 hours. Plaintiff must be unaccompanied for the examination.

SO ORDERED, this 29th day of August, 2025

_____ The
Hon. Thomas Farrish,
U.S. Magistrate Judge

Date: 2025.08.29 17:27:28 -04'00'

2

**CERTIFICATION**

I hereby certify that on August 28, 2025, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ John C. Pitblado*
John C. Pitblado