UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
:
GARY STANHOPE,                          :       Case No.: 3:24-CV-01342-JCH
                                        :
    Plaintiff,                          :
                                        :
v.                                      :
                                        :
                                        :
LIVE NATION WORLDWIDE, INC.             :
D/B/A XFINITY THEATRE                    :
    Defendant.                          :       AUGUST 11, 2026
_____

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Plaintiff, Gary Stanhope, and Defendant

Live Nation Worldwide, Inc., by and through their respective counsel, hereby stipulate and agree

to the dismissal, with prejudice of Plaintiff's Complaint against Live Nation Worldwide, Inc., with

each party to bear their own attorneys' fees and costs.


PLAINTIFF,                              DEFENDANT,
GARY STANHOPE                           LIVE NATION WORLDWIDE, INC.

*/s/ Bruce E. Newman*                   */s/ John C. Pitblado*
Bruce E. Newman, Esq.                   John C. Pitblado (ct 25563)
Brown, Paindiris & Scott LLP            Carlton Fields, P.A.P.C.
100 Pearl Street, 10th Floor            One State Street, Ste. 1800
Hartford, CT 06103                      Hartford, CT 06103
Email: bnewman@bpslawyer.com            Direct: 860.392.5024
                                        Fax: 860.392.5058
                                        Email: jpitblado@carltonfields.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this 11 th day of August, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by electronic mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*/s/Bruce E. Newman*
Bruce E. Newman